United States District Court
Southern District of Texas

**ENTERED**
July 25, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHIL SWARTZTRAUBER and SUSAN SWARTZTRAUBER, | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. 4:16-CV-00934 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, the Court received and considered the Parties' Joint Stipulation of Dismissal Without Prejudice, and having been advised that all claims which are currently in dispute among the Parties in this action have been resolved, the Court finds that this action should be dismissed. Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that this action is hereby dismissed without prejudice.

IT IS FURTHER ORDERED that each Party shall bear its own costs and fees.

SIGNED this **24** day of **July**, 2017.

_____
JUDGE PRESIDING